# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUN WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et. al*,<br><br>    Defendants. | Case No. 3:17-cv-00153-JPG-SCW |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 43) of Magistrate Judge Stephen C. Williams regarding the cross-motions for summary judgment in this case. (Docs. 28, 39.) The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the Court has received no objection to the Report. Plaintiff filed a motion that asked (1) the Court to appoint him counsel, and (2) for an extension of time to file an objection to the Report, but his request for the extension of time was predicated on whether the Court would appoint him counsel. Specifically, he requested: "[i]f the courts do grant me an attorney[,] I ask the courts to please give me an extension on my objections so my attorney can go through my evidence and all past motions . . . ." Magistrate Judge Williams denied plaintiff's request for

appointed counsel, however, so this Court will accordingly deny plaintiff's request for an extension of time. (Docs. 44, 46.)

The Court has reviewed the entire file and finds no clear error in the Report. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 43);
- **GRANTS** defendants Bagwell's and Harvey's motion for summary judgment (Doc. 28);
- **DENIES** plaintiff's motion for summary judgment (Doc. 39);
- **DENIES** plaintiff's motion for an extension of time (Docs. 44, 46);
- **DIRECTS** the Clerk of Court to terminate M. Bagwell and Paul Harvey as defendants in this case.

**IT IS SO ORDERED.**

**DATED: MARCH 2, 2018**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
