# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAUN WILLIAMS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et. al*,

    Defendants.

Case No. 3:17-cv-00153-JPG-MAB

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 43) of Magistrate Judge Mark A. Beatty regarding five different motions in this case. (ECF No. 67.) The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, no party has filed an objection. The Court has reviewed the entire file and finds no clear error in the Report. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (ECF No. 67);
- **GRANTS** the defendants' motion for summary judgment (ECF No. 52);
- **DENIES** the plaintiff's motion for summary judgment (ECF No. 54);
- **FINDS AS MOOT** the defendants' motion to strike (ECF No. 56);
- **DENIES** the defendants' motion to dismiss (ECF No. 58); and

- **DIRECTS** the Clerk of Court to entry judgment accordingly.

**IT IS SO ORDERED.**

**DATED: JULY 9, 2019**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**
