**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

SHAUN WILLIAMS,

      Plaintiff,

    v.

UNITED STATES OF AMERICA, *et. al*,

      Defendants.

Case No. 3:17-cv-00153-JPG-MAB

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants.

DATED: <u>July 9, 2019</u>

**MARGARET M. ROBERTIE,**
**Clerk of Court**

**BY:** <u>   s/Tina Gray      </u>
          **Deputy Clerk**

**Approved:**
<u>**s/ *J. Phil Gilbert***</u>
**J. Phil Gilbert**
**U.S. District Judge**